1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHRISTINE SAWICKY,

PLAINTIFF,

v.

TAO SYKES, ET AL.

DEFENDANTS.

Case No. 2:21-cv-9023-DMG

Hon. Dolly M. Gee
United States District Judge

**[PROPOSED] ORDER
PERMITTING UNITED STATES OF AMERICA TO APPEAR AS *AMICUS
CURIAE* AND EXTENDING TIME TO RESPOND TO COMPLAINT**

1

Upon consideration of the United States of America's *ex parte* application, the memorandum of points and authorities in support thereof, and for good cause shown,

IT IS HEREBY ORDERED that the United States is granted leave to appear as *amicus curiae* in this action.

IT IS FURTHER ORDERED that the time for any response to the Complaint by Defendants Circuit Judge Paul J. Watford, Chief Judge Philip S. Gutierrez, District Judge Percy Anderson, Judge Manuel L. Real's widow Tao Sykes, Clerk Michael Duggan, and Civil Intake Clerk Renico Smith is extended until the disposition of the matters raised by the United States' *amicus* brief.

Dated:

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ZAKARIYA K. VARSHOVI
Assistant United States Attorney


/s/ *Zakariya K. Varshovi*
Zakariya K. Varshovi
Assistant United States Attorney