**PROOF OF SERVICE BY MAIL AND E-MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California, and I am readily familiar with the practice of this office for collection and processing collection and mailing. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **February 4, 2022**, I served: **1. EX PARTE APPLICATION BY THE UNITED STATES OF AMERICA FOR AN ORDER PERMITTING IT TO APPEAR AS AMICUS CURIAE AND EXTENDING TIME TO RESPOND TO COMPLAINT; 2. MEMORANDUM OF POINTS AND AUTHORITIES; 3. DECLARATION OF ZAKARIYA K. VARSHOVI; AND 4. [PROPOSED] ORDER (FILED CONCURRENTLY)** on each persons or entities named below by enclosing a copy in a sealed envelope with postage fully prepaid and addressed as shown below and placing the envelope for collection and mailing with the United States Postal Service on the date and at the place shown below following our ordinary office practices. A copy of the foregoing is also being served via e-mail to christinesawickyartist@gmail.com.

Date of mailing: **February 4, 2022**. Place of mailing: Los Angeles, California. Person(s) and/or Entity(s) To Whom Mailed:

**Christine Sawicky**
11698 Knowles Avenue NW
Annandale, MN 55302
818-288-3693
PRO SE

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 4, 2022** at Los Angeles, California.

**KAROLYN LI**