# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SAWICKY, <br><br> PLAINTIFF, <br><br> v. <br><br> TAO SYKES, ET AL. <br><br> DEFENDANTS. | Case No. CV 21-9023-DMG <br><br> **ORDER PERMITTING UNITED STATES OF AMERICA TO APPEAR AS AMICUS CURIAE AND EXTENDING TIME TO RESPOND TO COMPLAINT [76]** |

Upon consideration of the United States of America's *ex parte* application, the memorandum of points and authorities in support thereof, and for good cause shown,

IT IS HEREBY ORDERED that the United States is granted leave to appear as *amicus curiae* in this action.

IT IS FURTHER ORDERED that the time for any response to the Complaint by Defendants Circuit Judge Paul J. Watford, Chief Judge Philip S. Gutierrez, District Judge Percy Anderson, Judge Manuel L. Real's widow Tao Sykes, Clerk Michael Duggan, and Civil Intake Clerk Renico Smith is extended until the disposition of the matters raised by the United States' *amicus* brief.

DATED: February 9, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1