1  Christine Sawicky
2  11698 Knowles Ave NW
3  Annandale, MN 55302
4  818.288.3693
5  christinesawickyartist@gmail.com
6  Plaintiff in *Pro Per*

FILED
CLERK, U.S. DISTRICT COURT
9/19/22
CENTRAL DISTRICT OF CALIFORNIA
BY: KMH DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTINE SAWICKY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TAO SYKES (MANUEL REAL BENEFICIARY), PERCY ANDERSON, PHILIP S. GUTIERREZ, RENICO SMITH, PAUL WATFORD, MICHAEL DUGGAN, CRAIG MENDE, BARBARA SOLOMON, SEAN F. HARB, KEVIN LUSSIER, KIM D. ASHLEY, JOSH SAPAN, DETECTIVE MICHAEL VENTURA, CAPTAIN ARTURO SANDOVAL, LIEUTENANT MICHAEL SOLIMAN, LIEUTENANT | Case No.: 2:21-cv-09023-RGK<br>Appellate Case No.: 22-55496<br>**NOTICE OF MOTION AND PLAINTIFF'S REQUEST FOR AN INDICATIVE RULING FOR RULE 60(b)(4), RULE 60 (d)(3), AND REQUEST FOR CHANGE OF VENUE MOTIONS**<br>Judge: Hon. R Gary Klausner<br>Trial Date: Not Set<br>Time: Not Set<br>Courtroom: 850 8th Floor<br>Hearing Date: October 24th, 2022<br>Hearing Time: 9:00 AM |

1

NOTICE OF MOTION AND PLAINTIFF'S REQUEST FOR AN INDICATIVE RULING FOR RULE 60(b)(4),
Rule 60(d)(3), AND REQUEST FOR CHANGE OF VENUE MOTIONS

| | |
|---|---|
| 1 | RICHARD PARKS, DETECTIVE |
| 2 | CHARLES SCHLUND, MEGAN J. |
| 3 | BRENNAN, LOUIS DEJOY, |
| 4 | GABRIELLE TAYLOR , DOES 1-10, |
| 5 | inclusive, |
| 6 | Defendant. |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on October 24th, 2022 @ 9 am, in Courtroom 850 before the Hon. R. Gary Klausner of the United States District Court, located at 255 East Temple Street, Courtroom 850, Los Angeles, California, 90012, that Plaintiff Christine Sawicky ("Plaintiff") will move this Court requesting an Indicative Ruling on Plaintiff's Rule 60 (b)(4) motion (Dkt entry #'s 216, 217, 218, and 219 in this court), Rule 60 (d)(3) motion (Dkt entry #'s 205,206, 207, 208 and 209, 210, and 211 in this court) and Plaintiff's Request for Change of Venue motion. (Dkt entry #'s 212, 213, 214, 215 in this court). It is Plainitiff's responsibility to communicate this indicative ruling to the appellate court. Plaintiff submits this request for an indicative ruling ahead of time because she needs to notify the Appellate Court that the Oct. 24th, 2022 hearing in this court is after the deadline for Reply Brief in the Appellate Court for Plaintiff so the timelines cross. Plaintiff's case in this Court involves the denial of an impartial judicial officer, a direct assault on the integrity of the judicial process therefore committing fraud on the court, and the creation of an atmosphere of extreme bias. These circumstances warrant an indicative ruling. This indicative ruling would indicate how the Dist. Court would rule on the Rule 60 (b)(4) motion, Rule 60 (d)(3) motion, and the request for change of venue motion in this Court if the matter was remanded by the Court of Appeals. Plaintiff is making this request for an indicative ruling in

2

NOTICE OF MOTION AND PLAINTIFF'S REQUEST FOR AN INDICATIVE RULING FOR RULE 60(b)(4),

Rule 60(d)(3), AND REQUEST FOR CHANGE OF VENUE MOTIONS

1 accordance with Fed. Rules. Civ. Proc. Rule 62.1, 28 U.S.C.A. (see *Medgraph,*
2 *Inc., v. Medtronic, Inc.* 310 F.R.D. 208). Rule 62.1 (a) provides that "[i]f a timely
3 motion is made for relief that the court lacks authority to grant because of an
4 appeal that has been docketed and is pending, the court may: (defer considering the
5 motion; (2) deny the motion; or (3) state either that it would grant the motion if the
6 court of appeals remands for that purpose or that the motion raises a substantial
7 issue." On its face, then, this rule applies to *Christine Sawicky v. Tao Sykes et al*
8 because "timely motions" (typically a Rule 60(b) motion) have been made for
9 relief and this court lacks jurisdiction to grant them, because of the pendency of her
10 appeal.

12 This motion is based upon the following documents:
13   1. This notice
14   2. Memorandum Points and Authorities
15   3. Declaration
16   This request for an Indicative Ruling on Plaintiff's Rule 60 (b)(4) motion
17 (Dkt entry #'s 216, 217, 218, and 219 in this court), Rule 60 (d)(3) motion (Dkt
18 entry #'s 205, 206, 207, 208 and 209, 210, and 211 in this court), and request for
19 change of venue motion (Dkt entry #'s 212, 213, 214, 215 in this court) is based
20 upon this notice, the accompanying Memorandum of Points and Authorities,
21 Appendix, Declaration, and the Court's file and records any such further oral
22 and/or documentary evidence as may be presented at the time of the hearing.
23   This motion is made following the conference of counsel pursuant to L.R. 7-
24 3 which took place on August 1st, 2022 @ 9 am PST. In attendance were Mr.
25 Daniel Nowiki/Gibson Dunn (Defendant SAPAN), Mr. Majchrzak/Klinedinst
26 (Defendants SOLOMON, HARB, MENDE), Mr. Jon D. Robinson/Nemecek Cole
27 (Defendant LUSSIER), Mr. Cole Heggi/Lester, Cantrell & Kraus, LLP (Defendant

3

NOTICE OF MOTION AND PLAINTIFF'S REQUEST FOR AN INDICATIVE RULING FOR RULE 60(b)(4),
Rule 60(d)(3), AND REQUEST FOR CHANGE OF VENUE MOTIONS

ASHLEY), Mr. James Bilek/Los Angeles City Atty's Office (Defendants SCHLUND, TAYLOR, VENTURA, SOLIMAN, SANDOVAL, PARKS). Mr. Varshovi refuses to meet and confer just like the first experience for his motions to dismiss. Mr. Zakariya Varshovi was NOT in attendance/United States Atty's Office (Defendants WATFORD, SMITH, GUTIERREZ, DUGGAN, ANDERSON, SYKES, DEJOY, BRENNAN). SAWICKY requested availability/participation by Mr. Varshovi with no response via 2 phone calls and emails on 7/21/2022, 7/22/2022, 7/26/2022, 7/28/2022, 7/28/2022, 7/29/2022, 7/29/2022, and 8/1/2022. Mr. Varshovi participated only via email on August 3rd, 2022 and August 4th, 2022 with no specifics as to what he opposed in Plaintiff's motions.

DATED: September 15th, 2022

By: Sign name _____

Print name Christine Sawicky

Plaintiff in *Pro Per*

4

NOTICE OF MOTION AND PLAINTIFF'S REQUEST FOR AN INDICATIVE RULING FOR RULE 60(b)(4), Rule 60(d)(3), AND REQUEST FOR CHANGE OF VENUE MOTIONS

1 | Christine Sawicky
2 | 11698 Knowles Ave NW
3 | Annandale, MN 55302
4 | 818.288.3693
5 | christinesawickyartist@gmail.com
6 | Plaintiff in *Pro Per*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CHRISTINE SAWICKY, | Case No.: 2:21-cv-09023-RGK |
| Plaintiff, | Appellate Case No.: 22-55496 |
| vs. | **PROOF OF SERVICE BY MAIL** |
| TAO SYKES (MANUEL REAL BENEFICIARY), PERCY ANDERSON, PHILIP S. GUTIERREZ, RENICO SMITH, PAUL WATFORD, MICHAEL DUGGAN, CRAIG MENDE, BARBARA SOLOMON, SEAN F. HARB, KEVIN LUSSIER, KIM D. ASHLEY, JOSH SAPAN, DETECTIVE MICHAEL VENTURA, CAPTAIN ARTURO SANDOVAL, LIEUTENANT MICHAEL | Judge: Hon. R Gary Klausner
Trial Date: Not Set
Time: Not Set
Courtroom: 850 8th Floor
Hearing Date: October 24th, 2022
Hearing Time: 9:00 AM |

1

| | |
|---|---|
| 1 | SOLIMAN, LIEUTENANT |
| 2 | RICHARD PARKS, DETECTIVE |
| 3 | CHARLES SCHLUND, MEGAN J. |
| 4 | BRENNAN, LOUIS DEJOY, |
| 5 | GABRIELLE TAYLOR , DOES 1-10, |
| 6 | inclusive, |
| 7 | Defendant. |

8

9 I, Christine Sawicky, declare as follows:

10 My address is 11698 Knowles Ave NW Annandale, MN 55302. The mailing

11 described below took place in St. Cloud which is located in Sherburne County,

12 MN.

13

14 On September 15th, 2022, I served the documents described as:

15

16 1. **NOTICE OF MOTION AND PLAINTIFF'S REQUEST FOR AN**

17 **INDICATIVE RULING FOR RULE 60(b)(4), RULE 60 (d)(3), AND**

18 **REQUEST FOR CHANGE OF VENUE MOTIONS**

19 2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**

20 **PLAINTIFF'S REQUEST FOR AN INDICATIVE RULING FOR RULE**

21 **60(b)(4), RULE 60(d)(3), AND REQUEST FOR CHANGE OF VENUE**

22 **MOTIONS**

23 3. **DECLARTION IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN**

24 **INDICATIVE RULING FOR RULE 60(b)(4), RULE 60(d)(3), AND**

25 **REQUEST FOR CHANGE OF VENUE MOTIONS**

26 4. **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR AN**

27 **INDICATIVE RULING FOR RULE 60(b)(4), RULE 60(d)(3), AND**

28 **REQUEST FOR CHANGE OF VENUE MOTIONS**

PROOF OF SERVICE BY MAIL

**5. PROOF OF SERVICE BY MAIL**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in St. Cloud MN, addressed to:

1. Klinedinst Attorneys San Diego (Attn: David Majchrzak/Heather Rosing) 501 W. Broadway Ste. 600 San Diego, CA 92101

2. Gibson, Dunn, & Crutcher (Attn: Ilissa Samplin/Daniel Nowicki) 333 South Grand Ave, Los Angeles, CA 90071-3197

3. Cory M. Brente, Office of the Los Angeles City Atty, 200 N. Main Street 6th Floor, City Hall East, Los Angeles, CA 90012

4. Lester, Cantrell & Kraus, LLP (Attn: David Cantrell/Cole Heggi) 1770 Iowa Ave Ste 110, Riverside CA 92507

5. Nemecek & Cole (Attn: Jon D. Robinson) 16255 Ventura Blvd Ste 300 Encino, CA 91436

6. Zakariya K. Varshovi Asst. United States Attorney, Federal Building, Ste. 7516, 300 North Los Angeles St. Los Angeles, CA 90012

DATED: September 15th, 2022

CHRISTINE SAWICKY
Plaintiff in *Pro Per*

# FedEx

**DELIVERED**

# Monday
9/19/2022 at 10:26 am

Signed for by: M.MICHELLE

⬇ Obtain Proof of delivery

**DELIVERY STATUS**
Delivered ✓

✉ Get Status Updates

**TRACKING ID**
278029358624 ✏ ☆

*(handwritten note: Civil Intake District Co...)*

**FROM**
Annandale, MN US

*Label Created*
9/15/2022 3:04 PM

**PACKAGE RECEIVED BY FEDEX**
ST. CLOUD, MN
9/15/2022 3:04 PM

**IN TRANSIT**
LOS ANGELES, CA
9/19/2022 7:36 AM

**OUT FOR DELIVERY**
LOS ANGELES, CA
9/19/2022 8:31 AM

**FedEx.**

September 19, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 278029358624

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.MICHELLE | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | Los Angeles, CA, |
| | | **Delivery date:** | Sep 19, 2022 10:26 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 278029358624 | **Ship Date:** | Sep 15, 2022 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**

Los Angeles, CA, US,

**Shipper:**

Annandale, MN, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

Package Information:
   FedEx Envelope

**FedEx Express Saver**
Tracking Number:
278029358624    0.65 lb (S)    13.95
   Declared Value   100
Recipient Address:
   Attn Civil Intake
   US Central Dist. Courthouse
   255 E Temple St Room 180
   Los Angeles, CA 90012
   0000000000

Scheduled Delivery Date 9/20/2022

Pricing option:
   ONE RATE

Package Information:
   FedEx Envelope

                    Shipment subtotal:    $139.50

                           Total Due:    $139.50


   M = Weight entered manually
   S = Weight read from scale
   T = Taxable item

Terms and Conditions apply. See
fedex.com/serviceguide for details.

