UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| CHRISTINE SAWICKY, | No.    22-55496 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-09023-RGK |
| v. | Central District of California, Los Angeles |
| TAO SYKES, Manuel Real Beneficiary; et al., | ORDER |
| Defendants-Appellees. | |

Before:  SILVERMAN, IKUTA, and MILLER, Circuit Judges.

A review of the record and the briefing to date indicate that the questions

raised in this appeal are so insubstantial as not to require further argument.  *See*

*United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

The motion for summary affirmance (Docket Entry No. 46) is granted.

All other pending motions are denied as moot.

**AFFIRMED.**

MN/MOATT